Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
SONY BMG MUSIC ENTERTAINMENT;
UMG RECORDINGS, INC.; and
ELEKTRA ENTERTAINMENT GROUP INC.

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO. CV 08 3997 HRL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

1     Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of
2 Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3     ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain
4 the identity of Defendant by serving a Rule 45 subpoena that seeks documents that identify
5 Defendant, including the name, current (and permanent) address and telephone number, e-mail
6 address, and Media Access Control addresses for Defendant. The disclosure of this information is
7 ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8     IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

12 DATED:_____    By: _____
13                                                  United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No._____
#39520 v1